### Ralph J. CURRY, Plaintiff–Appellant,

v.

### WARDEN; Frank Toston, Officer, Defendants–Appellees.

### No. 08–8020.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 19, 2009.

Decided: Feb. 25, 2009.

Ralph J. Curry, Appellant Pro Se. Richard Lee Nilsson, Goodell Devries Leech & Dann, LLP, Baltimore, Maryland; John Francis Breads, Jr., Matthew Douglas Peter, Hanover, Maryland, for Appellees.

Before WILKINSON, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ralph J. Curry appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Curry v. Warden*, No. 1:08–cv–00151–BEL (D. Md. filed Sept. 5, 2008 & entered Sept. 8, 2008). We deny Curry's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*